# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff

  Vs.                           Case No.  07-10090-01

DONALD L. ROURKE

        Defendant

## MINUTE ORDER

AT THE DIRECTION OF MONTI L. BELOT, U.S. DISTRICT JUDGE and with the approval of JOHN W. LUNGSTRUM, CHIEF JUDGE:

IT IS ORDERED that this case be re-assigned from the Honorable Monti L. Belot, Judge to the Honorable J. Thomas Marten, Judge, for all further proceedings.  It should be noted that with the re-assignment of the case to Judge Marten, this case number is changed to 07-10090-01 JTM..

                                 INGRID A. CAMPBELL,
                                 Acting Clerk of Court

                                 s/Carolyn Lary

                                 _____
                                 Carolyn Lary, Deputy Clerk