# UNITED STATES DISTRICT COURT
for the

District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 2 3 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-9068 MJ |
| DONALD L. ROURKE | ) | |
| Defendant | ) | Charging District's Case No. |
| | ) | 07-CR-10090-001 |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* **DISTRICT OF KANSAS**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/23/2014

*Defendant's signature*

*Signature of defendant's attorney*

GREGORY A. BARTOLOMEI
*Printed name of defendant's attorney*

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:14-mj-09068-ESW-1

| | |
|---|---|
| Case title: USA v. Rourke | Date Filed: 12/17/2014 |
| Other court case number: 07-CR-10090 District of Kansas | Date Terminated: 12/24/2014 |

Assigned to: Magistrate Judge Eileen S Willett

### Defendant (1)

**Donald L Rourke**
*TERMINATED: 12/24/2014*

represented by **Gregory Anthony Bartolomei**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: gregory_bartolomei@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Supervised Release | |

### Plaintiff

| | | |
|---|---|---|
| USA | | represented by **Vincent Quill Kirby**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7650<br>Email: Vincent.Kirby@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2014 | 1 | Arrest (Rule 5 - In District of Kansas) of Donald L Rourke. (MAP) (Entered: 12/19/2014) |
| 12/18/2014 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Initial Appearance in Rule 5 Proceedings as to Donald L. Rourke held on 12/18/2014. FINANCIAL AFFIDAVIT TAKEN. AFPD Gregory Bartolomei appointed as counsel for the defendant. Defense counsel requests to set a Status Hearing re: Identity, Detention, and Preliminary Revocation Hearings. The Court ORDERS the defendant to remain temporarily detained in the custody of the United States Marshal pending further detention proceedings.<br><br>**Appearances**: AUSA Vincent Kirby for the Government, AFPD Gregory Bartolomei for defendant. Defendant is present and in custody. Status Hearing re: Identity, Detention, and Preliminary Revocation Hearings set for 12/23/2014 at 11:00 AM in Courtroom 302, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge John Z. Boyle. (Recorded by COURTSMART.) Hearing held 3:35 PM to 3:41 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 12/19/2014) |
| 12/18/2014 | 4 | ORDER APPOINTING COUNSEL as to Donald L. Rourke. AFPD Gregory Bartolmei appointed as counsel for the defendant. Signed by Magistrate Judge Eileen S. Willett on 12/18/2014. (MRH) (Entered: 12/19/2014) |
| 12/23/2014 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Status Hearing re: Identity, Detention and Preliminary Revocation Hearings as to Donald L Rourke held on 12/23/2014. Detention and Preliminary Revocation Hearings reserved for prosecuting district. Identity Hearing waived. Warrant of Removal to be issued.<br><br>**Appearances**: AUSA Tracy Van Buskirk for Vincent Kirby for the Government, AFPD Gregory Bartolomei for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 11:06 AM to 11:09 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SMH) (Entered: 12/23/2014) |

| 12/23/2014 | 6 | WAIVER of Rule 32.1 Hearing by Donald L. Rourke. (MRH) (Entered: 12/23/2014) |
| --- | --- | --- |
| 12/24/2014 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Donald L. Rourke. Defendant committed to the District of Kansas. Signed by Magistrate Judge John Z. Boyle on 12/23/2014. (MRH) (Entered: 12/24/2014) |

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

December 24, 2014

United States Courthouse
Attn: Clerk's Office
401 North Market Street, Room 204
Wichita, KS 67202-2000

RE: USA v. Donald L. Rourke
Your case number: 07-CR-10090-001
Arizona case number: 14-9068MJ

Dear Clerk of Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge John Z. Boyle in Phoenix, Arizona. The following action has been taken:

☒ THE UNITED STATES MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: *M. Holmes*
Marion Holmes
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

**CLERK, UNITED STATES DISTRICT COURT**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS



Hasler
12/24/2014
US POSTAGE

RECEIVED
DEC 2 0 2014
CLERK, U.S. DIST. CO...

United States Courthouse
Attn: Clerk's Office
401 N. Market St., Room 204
Wichita, KS 67202-2000