SEALED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

FILED
U.S. District Court
District of Kansas
JAN 20 2015
Clerk, U.S. District Court
By_____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 07-CR-10090-001 |
| Donald L. Rourke | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Donald L. Rourke, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Order.

Defendant to show cause why supervised release should not be revoked.

Date: 12/18/2014

s/ A. Anderson
*Issuing officer's signature*

City and state: Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/18/14, and the person was arrested on *(date)* 12/18/14
at *(city and state)* Central AZ.

Date: 12/18/14

_____
*Arresting officer's signature*

V.K. Lane DUSM
*Printed name and title*

UNSEAL UPON ARREST